UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC d/b/a APG, a Delaware Limited Liability Company; FIRST-N-GOLD PUBLISHING, INC., a Florida Corporation; KASZ MONEY, INC., a New York Corporation; KMA ASSETS I LP, a Delaware Limited Partnership; KMA ASSETS II LIMITED, a United Kingdom Private Limited Company; KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a KMPA, a Delaware Corporation; MXM MUSIC AB d/b/a MXM, a Swedish Limited Liability Company; NOTTING HILL MUSIC, INC., a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company,<br><br>    Plaintiffs,<br><br>            v.<br><br>ORLANDO MAGIC, LTD. d/b/a ORLANDO MAGIC, a Florida Limited Partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: 1:24-CV-05461-JSR<br><br>NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that David Slovick, a member in good standing of the Bar of this Court and a partner with the law firm Barnes & Thornburg LLP, hereby enters his appearance as counsel of record for Defendant **Orlando Magic, Ltd.** in the above-captioned litigation

Date:  New York, NY
        October 4, 2024                      Respectfully submitted,

                                                  **BARNES & THORNBURG LLP**

                                      By:    */s/ David S. Slovick*
                                                  David S. Slovick
                                                  **BARNES & THORNBURG LLP**
                                                  390 Madison Avenue, 12th Floor
                                                  New York, New York 10017
                                                  Telephone:  (646) 746-2000
                                                  Facsimile:  (646) 746-2001
                                                  Email: David.Slovick@btlaw.com

1

        and

        Anna Kalinina
        Texas Bar No. 24092605
        2121 N. Pearl Street, Suite 700
        Dallas, TX 75201-2469
        Telephone: (214) 258-4200
        Facsimile: (214) 258-4199
        Email: Anna.Kalinina@btlaw.com

        ***Counsel for Defendant Orlando Magic, Ltd.***

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 4th day of October, 2024, the foregoing pleading was served upon all counsel of record via the Court's CM/ECF system.

        */s/ David S. Slovick*
        David S. Slovick