UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC d/b/a APG, a Delaware Limited Liability Company; FIRST-N-GOLD PUBLISHING, INC., a Florida Corporation; KASZ MONEY, INC., a New York Corporation; KMA ASSETS I LP, a Delaware Limited Partnership; KMA ASSETS II LIMITED, a United Kingdom Private Limited Company; KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a KMPA, a Delaware Corporation; MXM MUSIC AB d/b/a MXM, a Swedish Limited Liability Company; NOTTING HILL MUSIC, INC., a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>ORLANDO MAGIC, LTD. d/b/a ORLANDO MAGIC, a Florida Limited Partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: 1:24-CV-05461-JSR<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that Benjamin T. Pendroff, a member in good standing of the Bar of this Court and a partner with the law firm Barnes & Thornburg LLP, hereby enters his appearance as counsel of record for Defendant **Orlando Magic, Ltd.** in the above-captioned litigation

Date:  December 11, 2024                        Respectfully submitted,

                                                                        **BARNES & THORNBURG LLP**

                                                                        By:    */s/ Benjamin T. Pendroff*
                                                                                Benjamin T. Pendroff
                                                                                New York Bar No. 5013982
                                                                                **BARNES & THORNBURG LLP**
                                                                                2121 N. Pearl Street, Suite 700
                                                                                Dallas, Texas 75201
                                                                                Telephone: (214) 258-4200

Facsimile: (214) 258-4199
Email: BPendroff@btlaw.com

David S. Slovick
New York Bar No. 5337811
**BARNES & THORNBURG LLP**
390 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
Email: David.Slovick@btlaw.com

and

Anna Kalinina (admitted pro hac vice)
Texas Bar No. 24092605
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
Email: Anna.Kalinina@btlaw.com

*Counsel for Defendant Orlando Magic, Ltd.*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 11th day of December, 2024, the foregoing pleading was served upon all counsel of record via the Court's CM/ECF system.

/s/ Benjamin T. Pendroff
Benjamin T. Pendroff