UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORLANDO MAGIC, Ltd. d/b/a ORLANDO MAGIC, <br><br> Defendant. | No. 24-cv-5461(JSR) <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Andrew St. Laurent of Harris St. Laurent & Wechsler LLP, with offices located at 40 Wall Street, 53rd Floor, New York, New York 10005, an attorney duly admitted to this Court, hereby appears as counsel on behalf of non-party Kuhn Law Group, PLLC in this matter.

Dated: December 18, 2024
      New York, New York

Respectfully submitted:

_____

Andrew St. Laurent
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
T: (646) 248-6010
E: andrew@hs-law.com

*Attorneys for Kuhn Law Group, PLLC*