```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC, et al.,<br><br>       Plaintiffs,<br><br>    -v-<br><br>ORLANDO MAGIC, LTD., and DOES 1-10, inclusive,<br><br>       Defendants. | 24-cv-5461 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

For the reasons stated by the Court during the transcribed telephone conference held on January 13, 2025, at which counsel for all relevant parties were present, nonparty Kuhn Law Group PLLC's motion to quash (ECF No. 31) the subpoena served on it by defendant Orlando Magic, Ltd. is granted. However, the Court denies the motion of nonparty TuneSat, LLC (ECF No. 30) to quash the revised subpoena served on it by defendant Orlando Magic. Specifically, as stated by the Court during the same conference, TuneSat must provide to defendant Orlando Magic by January 15, 2025, the documents requested in defendant's November 22, 2024 subpoena except for (a) any communications between TuneSat and Kuhn Law Group for the purpose of seeking legal advice, and (b) documents excluded by the modification proposed by defendant in its final proposal to TuneSat concerning the subpoena.

    The Clerk of Court is respectfully directed to close docket entry numbers 30 and 31.

    SO ORDERED.

New York, NY  
January 14, 2025

                                                        JED S. RAKOFF, U.S.D.J.