UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC, et al.,<br><br>   Plaintiffs,<br><br> -v-<br><br>ORLANDO MAGIC, LTD., and DOES 1-10, inclusive,<br><br>   Defendants. | 24-cv-5461 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

  The Court has considered the letter briefs, submitted by defendant Orlando Magic, Ltd. and nonparty TuneSat LLC, as well as the arguments raised during the telephonic conference held on January 27, 2025. In the Court's view, TuneSat has more than reasonably replied to the requests that the Magic made. Defendant's further requests for materials beyond those already provided involve multiple and excessive speculations and are therefore denied.

  SO ORDERED.

New York, NY
January 30, 2025

                 _____
                 JED S. RAKOFF, U.S.D.J.