UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC d/b/a APG, a Delaware Limited Liability Company; FIRST-N-GOLD PUBLISHING, INC., a Florida Corporation; LUKASZ GOTTWALD, an individual doing business as KASZ MONEY PUBLISHING; KMA ASSETS I LP, a Delaware Limited Partnership; KMA ASSETS II LIMITED, a United Kingdom Private Limited Company; KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a KMPA, a Delaware Corporation; MXM MUSIC AB d/b/a MXM, a Swedish Limited Liability Company; NOTTING HILL MUSIC, INC., a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company,<br><br>    Plaintiffs,<br><br>        v.<br><br>ORLANDO MAGIC, LTD. d/b/a ORLANDO MAGIC, a Florida Limited Partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: 1:24-CV-05461-JSR |

**NOTICE OF MOTION OF PARTIAL SUMMARY JUDGMENT
BY DEFENDANT ORLANDO MAGIC, LTD.**

**PLEASE TAKE NOTICE** that, upon the Complaint filed on July 18, 2024 (ECF 1): the Declaration of Benjamin T. Pendroff, dated February 14, 2025, and the exhibits thereto; the Memorandum of Law in Support of Defendant Orlando Magic, Ltd.'s Motion for Partial Summary Judgment, dated February 14, 2025; the Statement of Material Facts, dated February 14, 2025; and upon all prior papers and proceedings herein, Defendant Orlando Magic, Ltd. will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse 500 Pearl St. New York, NY 10007, on a date and time to be designated by the Court, pursuant to

Rule 56 of the Federal Rules of Civil Procedure (i) granting partial summary judgment to Orlando Magic, Ltd. and (ii) awarding Orlando Magic, Ltd. such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's October 17, 2024 Case Management Plan [ECF 24], opposition is to be filed on or before February 28, 2025 and reply is to be filed on or before March 7, 2025.

Date:   New York, New York
        February 14, 2025

>                                    Respectfully submitted,
>
>                                    **BARNES & THORNBURG LLP**
>
>                                    By: */s/ Benjamin T. Pendroff*
>
>                                    Benjamin T. Pendroff
>                                    New York Bar No. 5013982
>                                    Anna Kalinina *(admitted pro hac vice)*
>                                    Texas Bar No. 24092605
>                                    2121 N. Pearl Street, Suite 700
>                                    Dallas, TX 75201-2469
>                                    Telephone: (214) 258-4200
>                                    Facsimile: (214) 258-4199
>                                    Email: bpendroff@btlaw.com
>                                    Email: Anna.Kalinina@btlaw.com
>
>                                    David S. Slovick
>                                    New York Bar No. 5337811
>                                    390 Madison Avenue, 12th Floor
>                                    New York, New York 10017
>                                    Telephone:  (646) 746-2000
>                                    Facsimile:  (646) 746-2001
>                                    Email: David.Slovick@btlaw.com

William Craver (*admitted pro hac vice*)
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3771
Facsimile: (310) 284-3894
Email: wcraver@btlaw.com

**Counsel for Defendant Orlando Magic, Ltd.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was served on all counsel of record on February 14, 2025 through the Court's electronic filing system.

*/s/ Benjamin T. Pendroff*
Benjamin T. Pendroff