# EXHIBIT 3

Friday, February 14, 2025 at 10:48:32 Eastern Standard Time

| | |
|---|---|
| **Subject:** | Orlando Magic's Use of Kobalt's Music |
| **Date:** | Monday, July 19, 2021 at 6:05:30 PM Eastern Daylight Time |
| **From:** | Erica Carvajal |
| **To:** | jkarlov@btlaw.com, wcraver@btlaw.com |
| **CC:** | Jessie Kuhn, Cindy Bressler |
| **Attachments:** | image001.png, orlando-magic-kobalt - Usage Report (UC) - 07_19_2021.xlsx |

FOR SETTLEMENT PURPOSES ONLY – SUBJECT TO F.R.E. 408

Dear Jason,

As you are aware, we represent Kobalt Music Publishing America, Inc. ("Kobalt"). Kobalt owns, controls and/or administers, in whole or in part, the copyrights in and to musical compositions used by Orlando Magic ("Magic") without authorization in, at minimum, 42 instances. Kobalt's records reflect that Magic used the copyrighted works without a license and in violation of U.S. copyright law. We have attached a Usage Report for ease of reference.

Should you have any questions, please do not hesitate to contact us. We look forward to discussing this matter with you.

Nothing contained in or omitted from this e-mail is intended to, nor shall be construed as an admission of any fact or a waiver or relinquishment of any rights, remedies, claims, defenses or causes of action which Kobalt may have against Magic, all of which are hereby expressly reserved.

Best,

Erica

Erica Carvajal
Associate
Kuhn Law Group PLLC
(646) 205-3437
3 Columbus Circle, Floor 15
New York, NY 10019



2 of 2

This email contains confidential information which may also be legally privileged. The information contained in this email is intended only for the use of the recipient(s) named above. If you are not the intended recipient, please note that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be prohibited. If you have received this email in error, please let us know immediately by replying to this email, and delete this message from your inbox.