# EXHIBIT 4

| Date Uploaded | Service | Channel | Video Title | Page URL | Found At | Song Title | Artist | Archived Video | Sound Recording/Composition | Ownership Info |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2013 | YouTube | STUFFtheM | STUFF's Of | https://wv | 00:00:37.03 | Can't Hold Us | Macklemore & Ryan Lewis feat. Ray Dalton | https://klg.tunesat | Composition | 100.0% |
| 1/10/2013 | YouTube | STUFFtheM | STUFF Per | https://wv | 00:01:45.74 | Locked Out Of Heaven | Bruno Mars | https://klg.tunesat | Composition | 33.34% |
| 1/10/2013 | YouTube | STUFFtheM | STUFF Per | https://wv | 00:00:23.73 | Somebody That I Used To Know | Gotye feat. Kimbra | https://klg.tunesat | Composition | 50.0% |
| 1/10/2013 | YouTube | STUFFtheM | STUFF Per | https://wv | 00:03:43.42 | Bangarang | Skrillex feat. Sirah | https://klg.tunesat | Composition | 95.0% |
| 12/3/2013 | YouTube | STUFFtheM | STUFF's 80 | https://wv | 00:00:37.71 | (I've Had) The Time Of My Life | Jennifer Warnes | https://klg.tunesat | Composition | 12.5% |
| 5/12/2020 | YouTube | Orlando M | The 407 Vi | https://wv | 00:00:01.44 | MIC Drop (Steve Aoki Remix) | BTS | https://klg.tunesat | Composition | 10.0% |
| 4/7/2018 | Instagram | stuffmagic | | http://ww | 00:00:04.9 | All The Way Up | Fat Joe, Remy Ma feat. French Montana, InfaRed | https://klg.tunesat | Composition | 10.0% |
| 8/15/2019 | Instagram | stuffmagic | | http://ww | 00:00:00.16 | Welcome To The Party | Diplo, French Montana, Lil Pump feat. Zhavia Wa | https://klg.tunesat | Composition | 76.25% |
| 5/17/2020 | Twitter | OrlandoM | The 407 ca | http://ww | 00:00:01.65 | MIC Drop (Steve Aoki Remix) | BTS | https://klg.tunesat | Composition | 10.0% |
| 7/28/2016 | Facebook | OrlandoM | Magic Dan | http://ww | 01:07:17.69 | Play Hard | Track Masterz | https://klg.tunesat | Composition | 10.0% |
| 7/28/2016 | Facebook | OrlandoM | Magic Dan | http://ww | 00:00:50.34 | Me Too | Meghan Trainor | https://klg.tunesat | Composition | 45.0% |
| 12/16/2017 | Facebook | OrlandoM | STUFF, all | http://ww | 00:00:26.1 | All The Way Up | Fat Joe, Remy Ma feat. French Montana, InfaRed | https://klg.tunesat | Composition | 10.0% |
| 7/26/2017 | Facebook | OrlandoM | Orlando M | http://ww | 00:36:30.38 | Swalla | Jason Derulo feat. Nicki Minaj & Ty Dolla $ign | https://klg.tunesat | Composition | 22.22% |
| 7/28/2016 | Facebook | OrlandoM | Magic Dan | http://ww | 00:30:09.79 | Mmm Yeah | Austin Mahone feat. Pitbull | https://klg.tunesat | Composition | 38.89% |
| 7/28/2016 | Facebook | OrlandoM | Magic Dan | http://ww | 00:14:23.27 | Can't Stop The Feeling! | Justin Timberlake | https://klg.tunesat | Composition | 49.99% |
| 7/28/2016 | Facebook | OrlandoM | Magic Dan | http://ww | 00:25:35.88 | Me Too | Meghan Trainor | https://klg.tunesat | Composition | 45.0% |
| 3/19/2014 | YouTube | STUFFtheM | The Great | https://wv | 00:00:10.22 | A Little Party Never Killed Nobody (All We G | Fergie feat. Goonrock & Q-TIP | https://klg.tunesat | Composition | 16.5% |
| 1/10/2013 | YouTube | STUFFtheM | STUFF Per | https://wv | 00:00:54.5 | What Makes You Beautiful | One Direction | https://klg.tunesat | Composition | 23.33% |
| 11/4/2013 | YouTube | STUFFtheM | STUFF's Of | https://wv | 00:01:11.25 | I Love It (feat. Charli XCX) | Icona Pop | https://klg.tunesat | Composition | 33.33% |
| 1/10/2013 | YouTube | STUFFtheM | STUFF Per | https://wv | 00:00:44.91 | Boyfriend | Justin Bieber | https://klg.tunesat | Composition | 25.0% |
| 11/4/2013 | YouTube | STUFFtheM | STUFF's Of | https://wv | 00:01:02.53 | We Can't Stop | Miley Cyrus | https://klg.tunesat | Composition | 5.0% |
| 3/31/2014 | YouTube | STUFFtheM | STUFF's Bi | https://wv | 00:00:53.06 | In Da Club (Single Version) | 50 Cent | https://klg.tunesat | Composition | 50.0% |
| 12/30/2019 | YouTube | STUFFtheM | Highlights | https://wv | 00:00:00.16 | Welcome To The Party | Diplo, French Montana, Lil Pump feat. Zhavia Wa | https://klg.tunesat | Composition | 76.25% |
| 5/13/2020 | YouTube | Orlando M | Orlando M | https://wv | 00:00:01.6 | MIC Drop (Steve Aoki Remix) | BTS | https://klg.tunesat | Composition | 10.0% |
| 5/20/2020 | TikTok | Orlando M | Challenge | https://wv | 00:00:01.65 | Wing$ | Macklemore & Ryan Lewis | https://klg.tunesat | Composition | 100.0% |
| 9/30/2019 | TikTok | Orlando M | #orlando # | https://wv | 00:00:01.21 | TiK ToK | Ke$ha | https://klg.tunesat | Composition | 75.0% |
| 11/18/2019 | TikTok | Orlando M | Wait for it | https://wv | 00:00:01.16 | Lean On (feat. MØ & DJ Snake) | Major Lazer | https://klg.tunesat | Composition | 40.0% |
| 3/15/2018 | Instagram | stuffmagic | | http://ww | 00:00:00.14 | All I Do Is Win | DJ Khaled | https://klg.tunesat | Composition | 45.0% |
| 11/19/2013 | Instagram | stuffmagic | | http://ww | 00:00:01.65 | We Can't Stop | Miley Cyrus | https://klg.tunesat | Composition | 5.0% |
| 12/31/2019 | Twitter | br_orlando | PARA TUD | http://ww | 00:00:07.01 | GDFR (feat. Sage The Gemini & Lookas) | Flo Rida | https://klg.tunesat | Composition | 39.0% |
| 1/14/2019 | Facebook | OrlandoM | Last night | http://ww | 00:03:57.49 | Boom Boom Pow | Black Eyed Peas | https://klg.tunesat | Composition | 25.0% |
| 2/5/2018 | Facebook | OrlandoM | 🏈 Inspira | http://ww | 00:00:18.2 | Bye Bye Bye | *NSYNC | https://klg.tunesat | Composition | 100.0% |
| 2/5/2018 | Facebook | OrlandoM | 🏈 Inspira | http://ww | 00:00:01.58 | It's Gonna Be Me | *NSYNC | https://klg.tunesat | Composition | 66.66% |
| 11/8/2016 | Facebook | OrlandoM | Get some | http://ww | 00:00:29.72 | JuJu On that Beat | Zay Hilfigerr, Zayion McCall | https://klg.tunesat | Composition | 53.0% |
| 5/18/2020 | Facebook | OrlandoM | The 407 ca | http://ww | 00:00:01.56 | MIC Drop (Steve Aoki Remix) | BTS | https://klg.tunesat | Composition | 10.0% |
| 4/12/2017 | Facebook | OrlandoM | Lakeland L | http://ww | 00:00:48.18 | Flex (Ooh, Ooh, Ooh) | Rich Homie Quan | https://klg.tunesat | Composition | 50.0% |
| 5/24/2017 | Facebook | OrlandoM | Happy Birt | http://ww | 00:00:00.33 | #1 | Nelly | https://klg.tunesat | Composition | 37.5% |
| 1/1/2016 | Facebook | OrlandoM | We're like | http://ww | 00:00:15.21 | Want to Want Me | Jason Derulo | https://klg.tunesat | Composition | 52.0% |
| 7/26/2017 | Facebook | OrlandoM | Orlando M | http://ww | 00:25:27.11 | Play Hard (feat. Ne-Yo & Akon) | David Guetta | https://klg.tunesat | Composition | 10.0% |
| 7/28/2018 | Facebook | OrlandoM | Watch the | http://ww | 00:06:55.5 | Play Hard (feat. Ne-Yo & Akon) | David Guetta | https://klg.tunesat | Composition | 10.0% |
| 7/26/2017 | Facebook | OrlandoM | Orlando M | http://ww | 02:28:30.05 | I Made It (Cash Money Heroes) | Kevin Rudolf / Birdman / Jay Sean / Lil Wayne | https://klg.tunesat | Composition | 12.5% |
| 7/28/2016 | Facebook | OrlandoM | Magic Dan | http://ww | 00:29:44.34 | Time of Our Lives | Pitbull | https://klg.tunesat | Composition | 33.34% |