UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC, et al., | |
| Plaintiffs, | |
| | Case No.: 24-cv-5461(JSR) |
| v. | |
| | **DECLARATION OF CHRISTOPHER WOODS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| ORLANDO MAGIC, Ltd. d/b/a ORLANDO MAGIC, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, I, CHRISTOPHER WOODS, declare and state as follows:

1.     I am the Chief Operating Officer for TuneSat, LLC ("TuneSat"). I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. I have personal knowledge of all the facts stated below, except for those matters stated on information and belief, and as to those matters, I believe them to be true. I have been an officer at TuneSat for more than 15 years. I have extensive knowledge about TuneSat's systems and operations, as well as the types of data TuneSat collects.

2.     TuneSat is an independent audio monitoring service. Using proprietary audio recognition technology, TuneSat locates "detections" or "uses" of

its clients' music, together with related technical data, across an array of internet and broadcast-based content.

3.    In or around May 8, 2020, Kobalt Music Publishing America, Inc. engaged TuneSat to detect uses of their music and the music they administrate for other sub-publishers.

4.    Broadly speaking, TuneSat's technology works by cataloging and archiving audio-visual content across internet sources, using an automated system to download the content. TuneSat then uses its proprietary "acoustic fingerprint" technology to identify uses of a client's music in audio-visual content it has archived. Acoustic fingerprinting works by analyzing waveforms and extracting the unique characteristics of an audio file. The resulting output—an acoustic fingerprint— is a condensed representation of an audio signal that captures its signature and allows it to be differentiated from other sounds.

5.    The audio files TuneSat uses to create acoustic fingerprints for each of its clients' works come either directly from the client or from a vendor.

6.    A match confirmed by the technology is referred to as a "detection." At times, a TuneSat employee will record a "use"— the equivalent of a "detection" that is found through the technology. This happens when the technology is unable to analyze the audio content, generally because the speed of the recording has been altered or the audio is part of a mash-up of multiple works. The manual review is considerably more time consuming than the automated detection process.

7.    Both the acoustic fingerprint and the archived video are necessary for TuneSat to identify detections. If it does not have an archived video, it cannot identify a detection regardless of whether it has an acoustic fingerprint of the song. Likewise, without an acoustic fingerprint, it will not be able to identify a detection in any of the archived videos.

8.    TuneSat does quality control on its detections and uses by validating that the detected sound recording is the same song that matches the acoustic fingerprint on which the detection is based. Usually, it also confirms the client's ownership interests in the detected sound recording or composition, though this confirmation is sometimes performed by a law firm.

9.    The information below was kept by TuneSat in the ordinary course of its business identifying detections and uses under its contract with Kobalt Music Publishing America, Inc.

### *...Baby One More Time*

10.    TuneSat downloaded the video titled "@hallielange with her best Britney challenge 🕺 #foryou #fyp" from Defendant Orlando Magic, LLC ("Orlando")'s TikTok account at the link https://www.tiktok.com/@orlandomagic/video/6819347646663249157.

11.    TuneSat detected the song "...Baby One More Time" by Britney Spears in the video posted at https://www.tiktok.com/@orlandomagic/video/6819347646663249157. There is no

3

timestamp associated with the detection because the detection was found manually and not through TuneSat's automated processes.

12.     TuneSat archived the video posted at https://www.tiktok.com/@orlandomagic/video/6819347646663249157. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_43-1/60/fb/fb/60fbfba9-3f45-4b03-bd6e-e91313184791.mp4.

### *(I Know I Got) Skillz*

13.     TuneSat downloaded the video titled "Found this in the archives " from Orlando's Facebook account at the link http://www.facebook.com/OrlandoMagic/videos/76800830033821 5/.

14.     TuneSat detected the song "(I Know I Got) Skillz" by Shaquille O'Neal in the video posted at http://www.facebook.com/OrlandoMagic/videos/76800830033821 5/at the approximate timestamp 00:00:07.[1]

15.     TuneSat archived the video posted at http://www.facebook.com/OrlandoMagic/videos/76800830033821 5/. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_29-

---

[1] All timestamps have been rounded to the nearest second.

4_newgrab/Facebook/orlandomagic/media/detected/0d197776-bc93-42de-b653-86ba53df426b.mp4#t=6.

*A Little Party Never Killed Nobody (All We Got)*

16.    TuneSat downloaded the video titled "The Great STUFFSBY" from Orlando's YouTube account at the link https://www.youtube.com/watch?v=Ww31SBgFI04.

17.    TuneSat detected the song "A Little Party Never Killed Nobody (All We Got)" by Fergie feat. Goonrock in the video posted at https://www.youtube.com/watch?v=Ww31SBgFI04 at the approximate timestamp 00:00:10.

18.    TuneSat archived the video posted at https://www.youtube.com/watch?v=Ww31SBgFI04. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_42-1/7c/38/31/7c3831d9-b97e-4882-94bf-bbabecbe9b8a.mp4#t=10.

*All I Do Is Win*

19.    TuneSat downloaded a video from Orlando's Instagram account at the link http://www.instagram.com/p/BgW3LYvhVE4 .

20.    TuneSat detected the song "All I Do Is Win" by DJ Khaled in the video posted at http://www.instagram.com/p/BgW3LYvhVE4 at the approximate timestamp 00:00:00.

21.    TuneSat archived the video posted at http://www.instagram.com/p/BgW3LYvhVE4 . A true and correct copy of TuneSat's

archived video can be found at https://klg.tunesat.com/klg_29-4_newgrab/Instagram/stuffmagic/media/detected/f773ed15-d419-472d-ab6d-032c913b751e.mp4#t=0.

### *All The Way Up*

22.     TuneSat downloaded the video titled "☐ *Markelle Fultz* ☐ #SlowMoSaturday" from Orlando's Instagram account at the link http://www.instagram.com/p/CFVWN-aHlyt .

23.     TuneSat detected the song "All The Way Up" by Fat Joe in the video posted at http://www.instagram.com/p/CFVWN-aHlyt at the approximate timestamp 00:00:01.

24.     TuneSat archived the video posted at http://www.instagram.com/p/CFVWN-aHlyt . A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_43-1/08/57/de/0857dea0-ea16-49ce-bdd4-32da5f6b8c05.mp4#t=1.

### *Boyfriend*

25.     TuneSat downloaded the video titled "STUFF Performs Top Moments of 2012" from Orlando's YouTube account at the link https://www.youtube.com/watch?v=71ThZlT8c_s.

26.     TuneSat detected the song "Boyfriend" by Justin Bieber in the video posted at https://www.youtube.com/watch?v=71ThZlT8c_s at the approximate timestamp 00:00:44.

27.    TuneSat archived the video posted at

https://www.youtube.com/watch?v=71ThZlT8c_s. A true and correct copy of

TuneSat's archived video can be found at https://klg.tunesat.com/storage29-

5/selected_videos/05/c2/49/05c24930-14c0-4b0d-b7a1-68f4cff4d1bf.mp4#t=45.

**Boys**

28.    TuneSat downloaded the video titled "Who is your favorite? #fyp

#foryourpage #alltheboys #basketball #nba" from Orlando's TikTok account at the

link https://www.tiktok.com/@orlandomagic/video/678328359857008_1542.

29.    TuneSat detected the song "Boys" by Lizzo in the video posted at

https://www.tiktok.com/@orlandomagic/video/678328359857008_1542. There is no

timestamp associated with the detection because the detection was found manually

and not through TuneSat's automated processes.

30.    TuneSat archived the video posted at

https://www.tiktok.com/@orlandomagic/video/678328359857008_1542. A true and

correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/90/6e/f1/906ef1de-edaf-4ab0-b9ac-

603f5cb60675.mp4.

**Don't Start Now**

31.    TuneSat downloaded the video titled "Where's he going? #nba #full180

#dunk #fyp" from Orlando's TikTok account at the link

https://www.tiktok.com/@orlandomagic/video/680108602976071_1941.

32.     TuneSat detected the song "Don't Start Now" by Dua Lipa in the video

posted at https://www.tiktok.com/@orlandomagic/video/680108602976071 1941.

There is no timestamp associated with the detection because the detection was

found manually and not through TuneSat's automated processes.

33.     TuneSat archived the video posted at

https://www.tiktok.com/@orlandomagic/video/680108602976071 1941. A true and

correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/db/b3/a2/dbb3a2ae-47f5-40e9-845c-

917a42a67a3a.mp4.

### Fantasy

34.     TuneSat downloaded the video titled " V O G U E  #voguechallenge

#fyp #foryou #nba" from Orlando's TikTok account at the link

https://www.tiktok.com/@orlandomagic/video/683944512860047 2838.

35.     TuneSat detected the song "Fantasy" by Bazzi in the video posted at

https://www.tiktok.com/@orlandomagic/video/683944512860047 2838. There is no

timestamp associated with the detection because the detection was found manually

and not through TuneSat's automated processes.

36.     TuneSat archived the video posted at

https://www.tiktok.com/@orlandomagic/video/683944512860047 2838. A true and

correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/b8/66/86/b86686f7-8bb6-491f-9db0-

2ad83767e99e.mp4.

*Fireball*

37.    TuneSat downloaded the video from Orlando's Instagram account at the link https://www.instagram.com/stories/orlandomagicentertainment/33 12237014979285494.

38.    TuneSat detected the song "Fireball" by Pitbull in the video posted at https://www.instagram.com/stories/orlandomagicentertainment/33 12237014979285494 at the approximate timestamp 00:00:01.

39.    TuneSat archived the video posted at https://www.instagram.com/stories/orlandomagicentertainment/33 12237014979285494. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/master_sshots/instagram_stories/videos/23/73/6b/23736b30-0600-48a7-8e86-e29d3d6f5399.mp4#t=1.

*GDFR*

40.    TuneSat downloaded the video titled "PARA TUDO!UM TORCEDOR ACABOU DE ACERTAR DO MEIO DA QUADRA E GANHOU 1000 DÓLARES!😊😊😊😊 https://t.co/nksbV4pplj" from Orlando's Instagram account at the link http://www.instagram.com/p/B6t-qe2H4q_ .

41.    TuneSat detected the song "GDFR" by Flo Rida in the video posted at http://www.instagram.com/p/B6t-qe2H4q_ at the approximate timestamp 00:00:07.

42.    TuneSat archived the video posted at http://www.instagram.com/p/B6t-qe2H4q_ . A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/9b/77/ad/9b77ad0c-c83f-4d14-85c0-981f6127700e.mp4#t=7.

**Girls Like You**

43.    TuneSat downloaded the video from Orlando's Twitter (now X) account at the link http://www.twitter.com/stuffmagic/status/1079776333692129280.

44.    TuneSat detected the song "Girls Like You" by Maroon 5 in the video posted at http://www.twitter.com/stuffmagic/status/1079776333692129280 at the approximate timestamp 00:01:11.

45.    TuneSat archived the video posted at http://www.twitter.com/stuffmagic/status/1079776333692129280. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_45-1/16/9d/d6/169dd6f9-7e1f-4e08-9a77-7c0c97570458.mp4#t=71.

**Hot N Cold**

46.    TuneSat downloaded the video titled "Jr. Dance Camp Halftime Performance" from Orlando's NBA.com account at the link https://www.nba.com/magic/video/jr-dance-camp-halftime performance.

47.    TuneSat detected the song "Hot N Cold" by The Chipettes in the video posted at https://www.nba.com/magic/video/jr-dance-camp-halftime performance at the approximate timestamp 00:00:35.

48.    TuneSat archived the video posted at https://www.nba.com/magic/video/jr-dance-camp-halftime performance. A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_22-6_newgrab/WP/magic/media/detected/03fae530-3735-4de0-8f5e-a805e06fed1b.mp4#t=35.

*I Cry*

49.     TuneSat downloaded the video titled "Jr. Dance Camp Halftime Performance" from Orlando's NBA.com account at the link

https://www.nba.com/magic/video/jr-dance-camp-halftime performance.

50.     TuneSat detected the song "I Cry" by Flo Rida in the video posted at

https://www.nba.com/magic/video/jr-dance-camp-halftime performance at the approximate timestamp 00:07:29.

51.     TuneSat archived the video posted at

https://www.nba.com/magic/video/jr-dance-camp-halftime performance. A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_22-6_newgrab/WP/magic/media/detected/03fae530-3735-4de0-8f5e-a805e06fed1b.mp4#t=449.

*I Love It*

52.     TuneSat downloaded the video titled "STUFF's Offseason Video 2013" from Orlando's YouTube account at the link

https://www.youtube.com/watch?v=_tusFk16c-4.

53.     TuneSat detected the song "I Love It" by Icona Pop in the video posted at https://www.youtube.com/watch?v=_tusFk16c-4 at the approximate timestamp 00:01:11.

54.    TuneSat archived the video posted at

https://www.youtube.com/watch?v=_tusFk16c-4. A true and correct copy of

TuneSat's archived video can be found at https://klg.tunesat.com/klg_29-

4_newgrab/YouTube/ucz7eynikxd7cfvx46j6_s2q/media/detected/cc6ec109-dcd6-477b-

aaca-58cf6e5feecd.mp4#t=71.

### I'm a Boss

55.    TuneSat downloaded the video titled "Where are you dropping today?

#shorts #nba #fortnite" from Orlando's YouTube account at the link

https://www.youtube.com/watch?v=ErhOb4_pEk0.

56.    TuneSat detected the song "I'm a Boss" by Meek Mill in the video

posted at https://www.youtube.com/watch?v=ErhOb4_pEk0 at the approximate

timestamp 00:00:01.

57.    TuneSat archived the video posted at

https://www.youtube.com/watch?v=ErhOb4_pEk0. A true and correct copy of

TuneSat's archived video can be found at https://klg.tunesat.com/klg_45-

1/59/c6/8d/59c68dee-d323-4a32-ad3c-c6e229a01489.mp4#t=1.

### It's Gonna Be Me

58.    TuneSat downloaded the video titled "🎤 Inspiration for the Super

Bowl halftime show? ▯" from Orlando's Facebook account at the link

http://www.facebook.com/OrlandoMagic/videos/10155388133806 909/.

59.     TuneSat detected the song "It's Gonna Be Me" by *NSYNC in the video posted at http://www.facebook.com/OrlandoMagic/videos/10155388133806 909/ at the approximate timestamp 00:00:02.

60.     TuneSat archived the video posted at http://www.facebook.com/OrlandoMagic/videos/10155388133806 909/. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_42-1/b9/12/92/b9129206-3a2e-49d1-85c3-57f8a1ccd673.mp4#t=2.

**Lean On**

61.     TuneSat downloaded the video titled "Wait for it☺ #crushedit #onthecourt" from Orlando's TikTok account at the link https://www.tiktok.com/@orlandomagic/video/676070436920679 1430.

62.     TuneSat detected the song "Lean On" by Major Lazer in the video posted at https://www.tiktok.com/@orlandomagic/video/676070436920679 1430 at the approximate timestamp 00:00:01.

63.     TuneSat archived the video posted at https://www.tiktok.com/@orlandomagic/video/676070436920679 1430. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_42-3_newgrab/TikTok/orlandomagic/media/detected/2da5bb01-6eeb-4ad7-90e4-35bd9ed941c1.mp4#t=1.

**My First Kiss**

13

64.    TuneSat downloaded the video titled "Jr. Dance Camp Halftime Performance" from Orlando's NBA.com account at the link https://www.nba.com/magic/video/jr-dance-camp-halftime performance .

65.    TuneSat detected the song "My First Kiss" by 3OH!3 in the video posted at https://www.nba.com/magic/video/jr-dance-camp-halftime performance at the approximate timestamp 00:03:32.

66.    TuneSat archived the video posted at https://www.nba.com/magic/video/jr-dance-camp-halftime performance . A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_45-1/47/67/49/47674957-7c2d-4ba1-b48c-a9734ad8d6f7.mp4#t=212.

### No Idea

67.    TuneSat downloaded the video titled "Think you could make this shot for $1000?#wintervibes" from Orlando's TikTok account at the link https://www.tiktok.com/@orlandomagic/video/677737467053552 7686.

68.    TuneSat detected the song "No Idea" by Don Toliver in the video posted at https://www.tiktok.com/@orlandomagic/video/677737467053552 7686. There is no timestamp associated with the detection because the detection was found manually and not through TuneSat's automated processes.

69.    TuneSat archived the video posted at https://www.tiktok.com/@orlandomagic/video/677737467053552 7686. A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/6a/48/e3/6a48e3bf-4922-421d-9474-
03763f5dd8b5.mp4.

### See You Again

70.     TuneSat downloaded the video titled "Finish that lyric 🎵#fyp #orlando
#markellefultz" from Orlando's TikTok account at the link
https://www.tiktok.com/@orlandomagic/video/67487731293 23171077 .

71.     TuneSat detected the song "See You Again" by Wiz Khalifa in the video
posted at https://www.tiktok.com/@orlandomagic/video/67487731293 23171077 .
There is no timestamp associated with the detection because the detection was
found manually and not through TuneSat's automated processes.

72.     TuneSat archived the video posted at
https://www.tiktok.com/@orlandomagic/video/67487731293 23171077 . A true and
correct copy of TuneSat's archived video can be found at
https://klg.tunesat.com/klg_42-
3_newgrab/TikTok/orlandomagic/media/detected/a292e8ec-b3cc-4cfd-8c43-
29a049b8340f.mp4.

### Shawty Got Moves

73.     TuneSat downloaded the video titled "Shawty Got Moves/Romans
Revenge Mix" from Orlando's NBA.com account at the link
https://www.nba.com/magic/video/shawty-got-movesromans revenge-mix.

15

74.    TuneSat detected the song "Shawty Got Moves" by Get Cool in the video posted at https://www.nba.com/magic/video/shawty-got-movesromans revenge-mix at the approximate timestamp 00:00:01.

75.    TuneSat archived the video posted at https://www.nba.com/magic/video/shawty-got-movesromans revenge-mix. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_45-1/8d/84/3f/8d843f9b-ec0e-45e3-a099-565efebfae0d.mp4#t=1.

**Tik Tok**

76.    TuneSat downloaded the video titled "#orlando #tiktok #foryourpage" from Orlando's TikTok account at the link https://www.tiktok.com/@orlandomagic/video/674244493645028 0710.

77.    TuneSat detected the song "Tik Tok" by Ke$ha in the video posted at https://www.tiktok.com/@orlandomagic/video/674244493645028 0710 at the approximate timestamp 00:00:01.

78.    TuneSat archived the video posted at https://www.tiktok.com/@orlandomagic/video/674244493645028 0710. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_42-3_newgrab/TikTok/orlandomagic/media/detected/ea543a4f-8d56-4712-8ee6-528d0cafa9f5.mp4#t=1.

**Time of Our Lives**

79.     TuneSat downloaded the video titled "Magic Dancers Final Auditions Part 2 starts now. Let's see who makes the squad!" from Orlando's Facebook account at the link http://www.facebook.com/OrlandoMagic/videos/10153860846086 909/.

80.     TuneSat detected the song "Time of Our Lives" by Pitbull in the video posted at http://www.facebook.com/OrlandoMagic/videos/10153860846086 909/ at the approximate timestamp 00:29:44.

81.     TuneSat archived the video posted at http://www.facebook.com/OrlandoMagic/videos/10153860846086 909/. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_29-4_newgrab/Facebook/orlandomagic/media/detected/56eadcc5-1a98-4b7c-8665-94af17ec8236.mp4#t=1784.

***Type of Way***

82.     TuneSat downloaded the video titled "Magic Matchup: Magic vs. 76ers (11/27/13)" from Orlando's NBA.com account at the link https://www.nba.com/magic/video/2013/11/26/MagicMatchupRookie11261376ersmov-3055047 .

83.     TuneSat detected the song "Type of Way" by Rich Homie Quan in the video posted at https://www.nba.com/magic/video/2013/11/26/MagicMatchupRookie11261376ersmov-3055047 at the approximate timestamp 00:00:02.

84.    TuneSat archived the video posted at

https://www.nba.com/magic/video/2013/11/26/MagicMatchupRookie11261376ersmov

-3055047 . A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_22-6_newgrab/WP/magic/media/detected/2a8aebf5-7a10-

4518-aff5-f880b882898f.mp4#t=3.

**Want to Want Me**

85.    TuneSat downloaded the video titled "We're like "Hey, What's up,

Hello" to 2016!" from Orlando's Facebook account at the link

http://www.facebook.com/OrlandoMagic/videos/10153397196966 909/.

86.    TuneSat detected the song "Want to Want Me" by Jason Derulo in the

video posted at http://www.facebook.com/OrlandoMagic/videos/10153397196966

909/ at the approximate timestamp 00:00:15.

87.    TuneSat archived the video posted at

http://www.facebook.com/OrlandoMagic/videos/10153397196966 909/. A true and

correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_29-

4_newgrab/Facebook/orlandomagic/media/detected/286bd25e-7cae-40ad-996d-

76b86f123cb5.mp4#t=15.

**We Own It**

88.    TuneSat downloaded the video titled "Magic's 3D Court Projection and

Player Intros" from Orlando's NBA.com account at the link

https://www.nba.com/magic/magics-3d-court-projection-player intro.

89.    TuneSat detected the song "We Own It" by 2 Chainz and Wiz Khalifa in the video posted at https://www.nba.com/magic/magics-3d-court-projection-player intro at the approximate timestamp 00:01:28.

90.    TuneSat archived the video posted at https://www.nba.com/magic/magics-3d-court-projection-player intro. A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_22-6_newgrab/WP/magic/media/detected/b3d7b774-18d5-4d0e-8272-341e90be6cc3.mp4#t=88.

**GDFR**

91.    TuneSat downloaded the video titled "PARA TUDO!UM TORCEDOR ACABOU DE ACERTAR DO MEIO DA QUADRA E GANHOU 1000 DÓLARES!☺☺☺☺ https://t.co/nksbV4pplj" from Orlando's Twitter (now X) account at the link http://www.twitter.com/br_orlandomagic/status/121181924834 9261831 .

92.    TuneSat detected the song "GDFR" by Flo Rida in the video posted at http://www.twitter.com/br_orlandomagic/status/121181924834 9261831 at the approximate timestamp 00:00:07.

93.    TuneSat archived the video posted at http://www.twitter.com/br_orlandomagic/status/121181924834 9261831 . A true and correct copy of TuneSat's archived video can be found at https://klg.tunesat.com/storage29-5/selected_videos/01/7b/2e/017b2e3e-f6be-44be-851b-b4ba7a2592fa.mp4#t=7.

*GDFR*

94.    TuneSat downloaded the video titled "🐔 Winner, Winner, Chicken

Dinner 🐔" from Orlando's Facebook account at the link

http://www.facebook.com/OrlandoMagic/videos/10154462024 851909/.

95.    TuneSat detected the song "GDFR" by Flo Rida in the video posted at

http://www.facebook.com/OrlandoMagic/videos/10154462024 851909/ at the

approximate timestamp 00:00:18.

96.    TuneSat archived the video posted at

http://www.facebook.com/OrlandoMagic/videos/10154462024 851909/. A true and

correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_45-1/97/e2/32/97e232e5-c076-4dc3-aa10-

ee2fe933e99a.mp4#t=18.

*See You Again*

97.    TuneSat downloaded the video titled "Finish that lyric 🎵 part 3 #fyp

#orlando" from Orlando's TikTok account at the link

https://www.tiktok.com/@orlandomagic/video/67532633083 81392134 .

98.    TuneSat detected the song "See You Again" by Wiz Khalifa in the video

posted at https://www.tiktok.com/@orlandomagic/video/67532633083 81392134 .

There is no timestamp associated with the detection because the detection was

found manually and not through TuneSat's automated processes.

99.    TuneSat archived the video posted at

https://www.tiktok.com/@orlandomagic/video/67532633083 81392134 . A true and

correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/a3/aa/b8/a3aab8f7-2bb0-4fa3-8dac-f31372928752.mp4.

### See You Again

100.    TuneSat downloaded the video titled "Finish the Lyric 🎵 part 4 #fyp #orlando" from Orlando's TikTok account at the link

https://www.tiktok.com/@orlandomagic/video/67570619272 86885638.

101.    TuneSat detected the song "See You Again" by Wiz Khalifa in the video posted at https://www.tiktok.com/@orlandomagic/video/67570619272 86885638. There is no timestamp associated with the detection because the detection was found manually and not through TuneSat's automated processes.

102.    TuneSat archived the video posted at

https://www.tiktok.com/@orlandomagic/video/67570619272 86885638. A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_43-1/16/25/69/16256968-4192-4e93-8e94-c8820aec1253.mp4.

### Type of Way

103.    TuneSat downloaded the video titled "Magic Matchup: Magic vs. Knicks (12/05/13)" from Orlando's NBA.com account at the link

https://www.nba.com/magic/video/2013/12/05/MagicMatchupKnicks120513mov-3065866 .

104.    TuneSat detected the song "Type of Way" by Rich Homie Quan in the video posted at

https://www.nba.com/magic/video/2013/12/05/MagicMatchupKnicks120513mov-3065866 at the approximate timestamp 00:00:02.

105.    TuneSat archived the video posted at

https://www.nba.com/magic/video/2013/12/05/MagicMatchupKnicks120513mov-3065866 . A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_22-6_newgrab/WP/magic/media/detected/7c7372d8-2be0-41ef-bef7-b6dc51794b78.mp4#t=2.

**_Type of Way_**

106.    TuneSat downloaded the video titled "Rookie of the Year Race" from Orlando's NBA.com account at the link

https://www.nba.com/magic/video/2014/01/06/ROYRACEmov-3097971.

107.    TuneSat detected the song "Type of Way" by Rich Homie Quan in the video posted at https://www.nba.com/magic/video/2014/01/06/ROYRACEmov-3097971 at the approximate timestamp 00:00:01.

108.    TuneSat archived the video posted at

https://www.nba.com/magic/video/2014/01/06/ROYRACEmov-3097971. A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_22-6_newgrab/WP/magic/media/detected/1328d6e3-895c-49c7-ab16-71e289d2a8e2.mp4#t=1.

*Type of Way*

109.    TuneSat downloaded the video titled "Magic Matchup: Magic vs. Heat

(11/20/13)" from Orlando's NBA.com account at the link

https://www.nba.com/magic/video/2013/11/19/magicmatchupheat111913mov

3046300.

110.    TuneSat detected the song "Type of Way" by Rich Homie Quan in the

video posted at

https://www.nba.com/magic/video/2013/11/19/magicmatchupheat111913mov

3046300 at the approximate timestamp 00:00:02.

111.    TuneSat archived the video posted at

https://www.nba.com/magic/video/2013/11/19/magicmatchupheat111913mov

3046300. A true and correct copy of TuneSat's archived video can be found at

https://klg.tunesat.com/klg_45-1/a9/a7/4b/a9a74b13-91ea-4ed0-993e-

c39a58f05f10.mp4#t=2.

*All I Do Is Win*

112.    TuneSat downloaded the video titled "March 14th - π pi day ▯

#puremagic https://t.co/IzeENBhJFr" from Orlando's Twitter (now X) account at the

link http://www.twitter.com/stuffmagic/status/97438194862 0681218.

113.    TuneSat detected the song "All I Do Is Win" by DJ Khaled in the video

posted at http://www.twitter.com/stuffmagic/status/97438194862 0681218 at the

approximate timestamp 00:00:00.

114.    TuneSat archived the video posted at

http://www.twitter.com/stuffmagic/status/97438194862 0681218. A true and correct

copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_45-

1/9c/62/e9/9c62e936-cc3d-408e-a40a-f898819bd12b.mp4#t=0.

*All The Way Up*

115.    TuneSat downloaded the video titled "□□□ https://t.co/PryB9yBADH"

from Orlando's Twitter (now X) account at the link

http://www.twitter.com/stuffmagic/status/982617057824051200.

116.    TuneSat detected the song "All The Way Up" by Fat Joe in the video

posted at http://www.twitter.com/stuffmagic/status/982617057824051200 at the

approximate timestamp 00:00:05.

117.    TuneSat archived the video posted at

http://www.twitter.com/stuffmagic/status/982617057824051200. A true and correct

copy of TuneSat's archived video can be found at https://klg.tunesat.com/klg_45-

1/d2/54/9b/d2549b92-f2a4-4f57-b02f-6a4599801c6b.mp4#t=5.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025                    Signed by:

                                                 CW
                                                 4A784433C17364F7...

                                                 Christopher Woods