IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ARTIST PUBLISHING GROUP, LLC dba APG**, a Delaware Limited Liability Company; **FIRST-N-GOLD PUBLISHING, INC.**, a Florida Corporation; **LUKASZ GOTTWALD** an individual doing business as **KASZ MONEY PUBLISHING**; **KMA ASSETS I LP**, a Delaware Limited Partnership; **KMA ASSETS II LIMITED**, a United Kingdom Private Limited Company; **KOBALT MUSIC PUBLISHING AMERICA, INC. dba KMPA**, a Delaware Corporation; **MXM MUSIC AB dba MXM**, a Swedish Limited Liability Company; **NOTTING HILL MUSIC, INC.**, a New York Corporation; and **PRESCRIPTION SONGS, LLC**, a California Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> **ORLANDO MAGIC, LTD. dba ORLANDO MAGIC**, a Florida Limited Partnership; and **DOES 1-10**, inclusive, <br><br> Defendants. | Case No: 1: 24-CV-5461-JSR <br><br> **NOTICE OF ERRATA IN RELATION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs hereby give notice of errata to the Court and all parties regarding the Declaration of Erica Carvajal Wong, Docket Number 57 in the above-captioned case. The Declaration of Jessie Kuhn (Docket Number 58) was mistakenly filed twice (Dkt. 57 and 58), one of which was erroneously filed in place of the Declaration of Eric Carvajal Wong. The correct declaration is attached hereto as Exhibit A. Plaintiffs respectfully request this Court to substitute Exhibit A for the declaration filed under Docket Number 57. The exhibits that correspond to the Declaration of Erica Carvajal Wong (Dkt. 57) were properly filed and need no substitution.

DATED: February 21, 2025

By   */s/* Douglas Johnson
_____
Douglas Johnson

**JOHNSON & JOHNSON LLP**
Douglas L. Johnson (Admitted Pro Hac Vice)
Frank R. Trechsel (Admitted Pro Hac Vice)
439 N. Canon Dr. Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email:  djohnson@jjllplaw.com
            ftrechsel@jjllplaw.com